UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD P. PASSATEMPO, TRUSTEE, On behalf of the Samuel Pietropaolo Irrevacable Trust, SAMUEL PIETROPAOLO, GRANTOR to the Samuel Pietropaolo Irrevocable Trust, and PATRICIA D. PIETROPAOLO, BENEFICIARY of the Samuel Pietropaolo Irrevocable Trust, <br><br> Plaintiffs, <br><br> v. <br><br> FREDERICK V. MCMENIMEN III, BARRY G. ARMSTRONG, NEW ENGLAND ADVISORY GROUP, LLC, 1717 CAPITAL MANAGEMENT COMPANY, NATIONWIDE PROVIDENT (f/k/a Provident Mutual Life Insurance Company), and NATIONWIDE FINANCIAL SERVICES, INC., <br><br> Defendants. | Civil Action No. 05-10118-GAO |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
<u>NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and District Court Local Rule 7.3, Defendant Nationwide Life Insurance Company of America states that it is a wholly-owned subsidiary of Nationwide Financial Services, Inc., which is also named as a Defendant in this action.

Respectfully submitted,

NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA

                                                                                       By its attorneys,

                                                                                       /s/ Timothy J. Casey_____
                                                                                       Harvey J. Wolkoff (BBO No. 532880)
                                                                                      Timothy J. Casey (BBO No. 650913)
                                                                                      Ropes & Gray LLP
                                                                                      One International Place
                                                                                      Boston, MA  02110-2624
Dated: January 28, 2005                         (617) 951-7000