UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONALD P. PASSATEMPO, TRUSTEE, On behalf of the Samuel Pietropaolo Irrevacable Trust, SAMUEL PIETROPAOLO, GRANTOR to the Samuel Pietropaolo Irrevocable Trust, and PATRICIA D. PIETROPAOLO, BENEFICIARY of the Samuel Pietropaolo Irrevocable Trust,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FREDERICK V. MCMENIMEN III, BARRY G. ARMSTRONG, NEW ENGLAND ADVISORY GROUP, LLC, 1717 CAPITAL MANAGEMENT COMPANY, NATIONWIDE PROVIDENT (f/k/a Provident Mutual Life Insurance Company), and NATIONWIDE FINANCIAL SERVICES, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 05-10118-GAO |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
<u>1717 CAPITAL MANAGEMENT COMPANY</u>**

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and District Court Local Rule 7.3, Defendant 1717 Capital Management Company states that it is a wholly-owned subsidiary of Nationwide Life Insurance Company of America, which is also named as a Defendant in this action.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　1717 CAPITAL MANAGEMENT
　　　　　　　　　　　　　　　　　　　　　COMPANY

                                          By its attorneys,

                                          /s/ Timothy J. Casey_____
                                          Harvey J. Wolkoff (BBO No. 532880)
                                          Timothy J. Casey (BBO No. 650913)
                                          Ropes & Gray LLP
                                          One International Place
                                          Boston, MA  02110-2624
Dated: January 28, 2005              (617) 951-7000