UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD P. PASSATEMPO, TRUSTEE, On behalf of the Samuel Pietropaolo Irrevacable Trust, SAMUEL PIETROPAOLO, GRANTOR to the Samuel Pietropaolo Irrevocable Trust, and PATRICIA D. PIETROPAOLO, BENEFICIARY of the Samuel Pietropaolo Irrevocable Trust,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FREDERICK V. MCMENIMEN III, BARRY G. ARMSTRONG, NEW ENGLAND ADVISORY GROUP, LLC, 1717 CAPITAL MANAGEMENT COMPANY, NATIONWIDE PROVIDENT (f/k/a Provident Mutual Life Insurance Company), and NATIONWIDE FINANCIAL SERVICES, INC.,<br><br>　　　　　Defendants. | Civil Action No. 05-10118-GAO |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**NATIONWIDE FINANCIAL SERVICES, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and District Court Local Rule 7.3, Defendant Nationwide Financial Services, Inc. states that there is no publicly held corporation which owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　NATIONWIDE FINANCIAL SERVICES, INC.

                    By its attorneys,

                    /s/ Timothy J. Casey_____
                    Harvey J. Wolkoff (BBO No. 532880)
                    Timothy J. Casey (BBO No. 650913)
                    Ropes & Gray LLP
                    One International Place
                    Boston, MA  02110-2624
Dated: January 28, 2005      (617) 951-7000