UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
RONALD P. PASSATEMPO, Trustee of the Samuel    )
Pietropaolo Irrevocable Trust, *et al.*,       )
                                        )
              *Plaintiffs,*              )
                                        )        Case No. 05-CV-10118-GAO
              v.                         )
                                        )
FREDERICK V. MCMENIMEN III, *et al.*,    )
                                        )
              *Defendants.*              )
_____ )


**DEFENDANT FREDERICK V. MCMENIMEN III'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT**


Pursuant to Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure and

the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78a-4(b)(2), defendant

Frederick V. McMenimen, III respectfully requests that the Court dismiss all claims

asserted against him in the captioned action.

In support of this motion, the movant states:

1.    Despite having no "good cause" for such a failure, the plaintiffs
      neglected to serve the movant with the operative pleading within
      90 days after it was filed, thus violating Mass. R. Civ. P. 4(j);

2.    All of the claims against the movant were time-barred at the time the
      action was first filed or, in the case of breach of contract allegations,
      are now beyond the operative statute of limitations;

3.    To the extent they survive the more universal challenges, several of
      the plaintiffs' theories are fatally flawed for various substantive
      reasons; and

4.    The claim arising under Section 10(b) of the Securities Act of 1934
      does not allege scienter with adequate particularity.

In further support of this motion, the movant submits the memorandum filed herewith.

WHEREFORE, defendant Frederick V. McMenimen, III respectfully requests that this motion be granted.

Respectfully submitted,

FREDERICK V. MCMENIMEN, III

By his attorney,

/S/

_____
William P. Corbett, Jr. (BBO #561201)
THE CORBETT LAW FIRM
  *A Professional Corporation*
85 Exchange Street, Suite 326
Lynn, Massachusetts 01901-1429
(781) 596-9300

Dated:  February 16, 2005

### *REQUEST FOR ORAL ARGUMENT*

Pursuant to Local Rule 7.1(D), the movant states that he believes oral argument may assist the Court, and he thus wishes to be heard on this motion.

### *LOCAL RULE 7.1(A)(2) CERTIFICATE*

I hereby certify that before filing this motion, I conferred by e-mail and telephone with David M. Burkoff, Esquire, attorney for the plaintiffs, in a good faith effort to resolve or narrow the issues presented.

/S/

_____
William P. Corbett, Jr.

13-006-001