UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONALD P. PASSATEMPO, TRUSTEE, )<br>On behalf of the Samuel Pietropaolo )<br>Irrevocable Trust, SAMUEL PIETROPAOLO, )<br>GRANTOR to the Samuel Pietropaolo )<br>Irrevocable Trust, and PATRICIA D. )<br>PIETROPAOLO, BENEFICIARY of the )<br>Samuel Pietropaolo Irrevocable Trust, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FREDERICK V. McMENIMEN III, BARRY )<br>G. ARMSTRONG, NEW ENGLAND )<br>ADVISORY GROUP, LLC, 1717 CAPITAL )<br>MANAGEMENT COMPANY, NATIONWIDE )<br>PROVIDENT (f/k/a Provident Mutual Life )<br>Insurance Company), and NATIONWIDE )<br>FINANCIAL SERVICES, INC., )<br>)<br>Defendants. )  | Civil Action No.<br>05-10118-GAO |

**ASSENTED TO MOTION FOR ENLARGMENT OF TIME TO OPPOSE
DEFENDANT FREDERICK V. McMENIMEN III'S MOTION TO DISMISS**

Plaintiffs Ronald P. Passatempo, Samuel Pietropaolo and Patricia D. Pietropaolo ("Plaintiffs"), with the assent of Defendant Frederick V. McMenimen III ("Mr. McMenimen"), respectfully move this Honorable Court for a fourteen day enlargement of the period of time for filing their opposition to Mr. McMenimen's Motion To Dismiss First Amended Complaint. As grounds therefore, Plaintiffs state:

1. Mr. McMenimen filed his Motion to Dismiss and supporting Memorandum on February 16, 2005.

2. Pursuant to Local Rule 7.1(B)(2), Plaintiffs' opposition to Mr. McMenimen's Motion to Dismiss is due within fourteen days of filing, *i.e.*, by March 2, 2005.

3. Since January 19, 2005, Plaintiffs' counsel Howard M. Cooper, Esq. ("Mr. Cooper") has been handling a state civil trial in Suffolk County District Court encaptioned Murphy v. Boston Herald, Inc., et al. (Civil Action No. 02-2424B), which trial is still ongoing.

4. The additional fourteen days requested by the instant Motion will allow Mr. Cooper to devote sufficient attention to Plaintiffs' opposition to Mr. McMenimen's Motion to Dismiss prior to the filing thereof.

5. Mr. McMenimen, through his counsel, assents to this Motion.

WHEREFORE, Plaintiffs Ronald P. Passatempo, Samuel Pietropaolo and Patricia D. Pietropaolo respectfully move this Honorable Court for a fourteen day enlargement of the time for filing their opposition to Defendant Frederick V. McMenimen's Motion to Dismiss First Amended Complaint.

Respectfully submitted,

Plaintiffs RONALD P. PASSATEMPO, TRUSTEE, On behalf of the Samuel Pietropaolo Irrevocable Trust, SAMUEL PIETROPAOLO, GRANTOR to the Samuel Pietropaolo Irrevocable Trust, and PATRICIA D. PIETROPAOLO, BENEFICIARY of the Samuel Pietropaolo Irrevocable Trust,

By their counsel:

/s/
Howard M. Cooper (BBO # 543842)
David M. Burkoff (BBO # 657447)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Dated: February 17, 2005

Assented to:

Defendant Frederick V. McMenimen, III

By his counsel:

/s/
William P. Corbett, Jr. (BBO # 561201)
The Corbett Law Firm, P.C.
85 Exchange Street, Suite 326
Lynn, MA 01901
(781) 596-9300

Local Rule 7.1(A)(2) Certification

I hereby certify that I have conferred with counsel for Defendant Frederick V. McMenimen, III in a good faith attempt to resolve or narrow the issues presented herein.

/s/
David M. Burkoff

3