UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD P. PASSATEMPO, Trustee of the Samuel Pietropaolo Irrevocable Trust, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> FREDERICK V. MCMENIMEN III, *et al.*, <br><br> *Defendants.* | Case No. 05-CV-10118-GAO |

### SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, defendant Frederick V. McMenimen III hereby suggests upon the record the death of plaintiff Samuel Pietropaolo, who passed away on or about April 1, 2005.

Respectfully submitted,

FREDERICK V. MCMENIMEN, III

By his attorney,

*/s/ William P. Corbett, Jr.*

---
William P. Corbett, Jr. (BBO #561201)
THE CORBETT LAW FIRM
 *A Professional Corporation*
85 Exchange Street, Suite 326
Lynn, Massachusetts 01901-1429
(781) 596-9300

Dated: April 4, 2005