UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
RONALD P. PASSATEMPO, Trustee of the Samuel )
Pietropaolo Irrevocable Trust, *et al.*, )
)
*Plaintiffs*, )
)   Case No. 05-CV-10118-GAO
v. )
)
FREDERICK V. MCMENIMEN III, *et al.*, )
)
*Defendants*. )
_____)

**DECLARATION OF WILLIAM P. CORBETT, JR.**

Pursuant to this 28 U.S.C. § 1746, I make the following declaration in opposition to

Plaintiffs' Amended Motion for Preliminary Injunction ("Motion"):

1.      I am the attorney for defendant Frederick V. McMenimen III ("Mr.

McMenimen"), and I make this declaration to authenticate several public records I obtained

on Mr. McMenimen's behalf.

2.      Appended to this declaration as Exhibits A and B, respectively, are true and

accurate copies of printouts from the website of the Board of Bar Overseers identifying

Samuel Pietropaolo ("Cousin Sam") and Ronald Passatempo ("Attorney Passatempo") as

active members of the Massachusetts Bar.

3.      On March 29, 2005, I requested from the Board of Bar Examiners copies of

the applications for admission of Cousin Sam and Attorney Passatempo. That request was

thereafter referred to the Clerk of the Supreme Judicial Court for Suffolk County, who

transmitted to me the documents appended to this declaration as Exhibits C and D, which I understand to be a true, accurate and complete copies of the applications for admission of Cousin Sam and Attorney Passatempo, respectively.

4.      Also on March 29, 2005, I requested from the Commonwealth's Division of Insurance copies of records relating to Cousin Sam's licensure by that agency.  The Division of Insurance did not timely respond to that request, which required me to file an appeal with the Commonwealth's Supervisor of Public Records.  Only after I made that appeal did the Division of Insurance respond.  Appended to this declaration as Exhibit E is a true and accurate copy of that agency's license record concerning Cousin Sam, and appended as Exhibit F is a true and accurate copy of that agency's May 24, 2005 letter transmitting that document to me.

5.      I did not receive Exhibits E and F until May 26, 2005 – only a day before I served counsel for the other parties in this action with the proposed reply brief which the Court declined to accept after the plaintiffs complained that it was untimely.  Because of the centrality of Exhibit E – which identified Cousin Sam as a licensed agent of the John Hancock Variable Life Insurance Company – to the reply brief, it was impossible to serve that memorandum upon the plaintiffs any sooner.

6.      Technical difficulties prevented me from filing the motion for leave to file the reply brief (DE #23) on Friday, May 27, 2005, or during the ensuing holiday weekend.  It was not until the morning of Tuesday, May 31, 2005 that I could file that document electronically.

13-006-001

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 1, 2005

*/s/ William P. Corbett, Jr.*

13-006-001

# *Exhibit A*

# Massachusetts Board of Bar Overseers

## of the Supreme Judicial Court

99 High Street
Boston, Ma. 02110

## Attorney Status Report



### Samuel Francis Pietropaolo

EMC Corporation
508-435-1000
176 South Street

Hopkinton MA 01748

Admitted to the bar on 1996-06-20
Current status is Active

Next Registration : March

Full office addresses
for active status
attorneys only.

This attorney has no record of public discipline.

Data as of 2005-05-27

**Click HERE to SEARCH AGAIN!**

**or HERE to return to the main page.**

# *Exhibit B*

# Massachusetts Board of Bar Overseers

## of the Supreme Judicial Court

99 High Street
Boston, Ma. 02110

## Attorney Status Report



### Ronald P. Passatempo

(781) 395-7678
23 Forest St., Suite #105

Medford MA 02155

Admitted to the bar on 1996-06-20
Current status is Active

Next Registration : March

Full office addresses
for active status
attorneys only.

This attorney has no record of public discipline.

Data as of 2005-05-27

**Click HERE to SEARCH AGAIN!**

**or HERE to return to the main page.**

# *Exhibit C*

Civil No. **132092**                    Suffolk

IN THE MATTER OF

Samuel F. Pietropaolo
(Typewritten)



PETITION

FOR ADMISSION TO THE BAR

OF THE COMMONWEALTH

Petition filed January 16, 1996.

# THE COMMONWEALTH OF MASSACHUSETTS

Suffolk, SS.

Supreme Judicial Court
For Suffolk County

## PETITION FOR ADMISSION TO THE BAR OF THE COMMONWEALTH

I, _SAMUEL F. PIETROPAOLO_____, hereby petition for
           Type or print full name

admission to the bar of the Commonwealth. I represent that I am of good moral character and
over the age of eighteen years, having been born on __(REDACTED  1964_____. I request that
I be examined for admission as an attorney and, if found qualified, be admitted as such.

Signed: _Samuel F. Pietropaolo_____

Address: _350 Lexington Street_____

_Newton_____ _MA___ _02166_
       City          State   Zip

Date: _1/14/96_____

## RECOMMENDATION OF A MEMBER OF THE BAR OF THE COMMONWEALTH OF MASSACHUSETTS OR OF ANY STATE, DISTRICT OR TERRITORY OF THE UNITED STATES.
### SJC Rule 3:01 subsection 1.2 (effective 10/2/95)

I, _Catherine L. Barton_____, an attorney of the bar of the
Commonwealth of
        Type or print full name

_Massachusetts_____, respectfully recommend that the foregoing petition be granted,
and certify that the petitioner is of good moral character.

Attorney's Signature: _Catherine L. Barton_____

Business Address: _P.O. Box 613_____

_Reading, MA 01867_____

Telephone Number: _(617) 944-1334_____

Attorney's State Registration No.: _558607_____

# THE COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPREME JUDICIAL COURT

In the matter of _SAMUEL  F.  PIETROPAOLO_

## Applicant for admission as an attorney at law.

(Applicants taking Massachusetts Examination for first time)

## APPLICANT'S STATEMENT TO BOARD OF BAR EXAMINERS

1. Please type (or print legibly):

   (a) Full Name exactly as you wish it to appear on your Certificate of Admission to the Bar:

   _SAMUEL_ ___ _Francis_ ___ _PIETROPAOLO_
   First ___ Middle Name/Initial ___ Last

   (b) Address _330 Lexington Street_

   City _Newton_ ___ State _MA_ ___ Zip _02166_ ___ Telephone No. (_617_) _965 - 1107_

   (c) Place of birth _Boston_ ___ _MA_ ___ Date of birth _:REDACTED_
   City ___ State

   (d) Have you ever been known by any other name or surname? No___✓___ Yes_____

   If yes, please state name: _____

2. Have you applied before in Massachusetts for admission as an attorney?

   No___✓___ ___ Yes_____ ___ Date_____

3. Law School(s) Attended: _MASSACHUSETTS School of Law_ ___ _500 Federal Park_ ___ _Andover, MA_
   Name ___ Address

   Dates of Attendance: From: _8/92_ ___ To: _1/96_ ___ Degree Awarded: _J.D._

4. Are you taking the Multistate Bar Examination in a different jurisdiction in connection with a second (concurrent) application? NO___✓___ ___ YES_____

   If YES, print the name of that jurisdiction where you will sit for the MULTISTATE BAR EXAMINATION part.

   JURISDICTION_____
   *(You MUST sit in the jurisdiction which you have indicated on this line)

*See CAVEAT

5. Parents:

Father _____ SAMUEL _____ PIETROPAOLO ____ 45 Thurlow Avenue, Revere MA 02151

First Name _____ Last Name _____ Address

Mother _____ Patricia _____ McMenimen _____ (same)

First Name _____ Last (Maiden) _____ Address

6. List all colleges and universities attended and indicate information requested below:

(a) College or university other than law study:

Colby College _____ Waterville, ME
Name _____ Location _____ From 9/82 To 5/86

_____
Name _____ Location _____ From _____ To _____

_____
Name _____ Location _____ From _____ To _____

Degree (if any) B.A. (Bachelor of Arts) _____ School Colby College

7. Have you ever been the subject of a disciplinary procedure or suspended or expelled from a college, university or law school? __ NO __ . If so, state the facts fully.

(yes or no)

_____
_____
_____
_____
_____

8. List employment you have held since your 18th birthday or any business or profession engaged in on your own account. Attach additional 8½ x 11 white sheets if necessary.

(SEE AHached )

(a) Month & Year of Beginning & Ending Period of Employment (most recent)_____

Name & Address of Employer & Nature of Business_____
DO NOT ABBREVIATE

_____

_____

Position Held_____

Reason for Leaving_____

(b) Month & Year of Beginning & Ending Period of Employment_____

Name & Address of Employer & Nature of Business_____
DO NOT ABBREVIATE

_____

_____

Position Held_____

Reason for Leaving_____

(c) Month & Year of Beginning & Ending Period of Employment_____

Name & Address of Employer & Nature of Business_____
DO NOT ABBREVIATE

_____

_____

Position Held_____

Reason for Leaving_____

9. List jurisdictions and courts other than Massachusetts in which you have applied or been admitted to practice law. Give dates of admission to practice.  N/A

   (a) Jurisdiction     (b) Courts     (c) Date of Application and/or Admission

10. (a) Have you ever been disbarred, suspended, reprimanded, censured, or otherwise disciplined or disqualified as an attorney, or as a member of any other profession, or as a holder of any public office?_____No_____

     (yes or no)

If so, state the dates, and the name and address of the authority in possession of the record thereof.

(b) Are any charges or complaints now pending concerning your conduct as an attorney, or as a member of any profession, or as a holder of any public office?_____No_____

     (yes or no)

If so, state the name and address of the authority in possession of the record thereof.

# Employment List for Samuel F. Pietropaolo

## (a) October 1995 to Present

**JOHN HANCOCK FINANCIAL SERVICES**, *Braintree,* *MA*
*Nature of Business:* Financial Planning
*Position Held:* Marketing Representative

## (b) April 1990 to September 1995

**BAYER FINANCIAL SERVICES,** *Wilmington,* *MA*
*Nature of Business:* Equipment Financing and Leasing
*Position Held:* Senior Financial Analyst
*Position Held:* Senior Credit Analyst
*Reason for leaving:* Career advancement.

## (c) June 1987 to March 1990

**FLEET CREDIT CORPORATION,** *Providence,* *RI*
*Position Held:* Leasing Representative

**FLEET NATIONAL BANK TRAINING PROGRAM**, *Providence,* *RI*
*Position Held:* Loan Officer Trainee

*Nature of Business:* Equipment Financing and Leasing
*Reason for leaving:* Career advancement.

## (d) May 1986 to June 1987

**BAYBANK INVESTMENT MANAGEMENT COMPANY**, *Boston,* *MA*
*Nature of Business:* Investment Management Company
*Position Held:* Investment Assistant
*Reason for leaving:* Career advancement.

## (e) March 1982 to May 1986

Full time student.

11. Have you been convicted anywhere within the last 7 years for conduct now deemed to be a felony in the jurisdiction where the judgment was rendered or within the last 5 years for conduct now deemed to be a misdemeanor in the jurisdiction where the judgment was rendered? If so answer this question ''yes'' and attach a separate document or documents in a sealed envelope giving a full explanation.

_____NO_____
(yes or no)

The Board of Bar Examiners reserves the right to procure records or otherwise to verify your answer to Question 11, and, in appropriate cases to call upon you to provide such verification.

12. Have you ever been a party in any non-criminal legal proceeding not covered by Question 11 other than divorce or separate maintenance? If so, state the facts fully.____YES____
(yes or no)

Auto Accident Nov. 1993.   Passenger in other vehicle  sued me for injuries.
Claim was handled by my insurance company. Suit settled out-of-court

13. (a) Are there any unsatisfied judgments or court orders of continuing effect against you?___NO___
(yes or no)

(b) If yes, state the facts fully, giving names and addresses of creditors, amounts, dates and the nature of debts, judgments or court orders, and the reason for nonpayment of unsatisfied judgments.

14. Please staple to opposite page, two letters addressed to the Board of Bar Examiners stating facts relative to your character by persons who know you. Please call to the attention of the writer that statements should not be conclusions but should contain facts tending to help the Board of Bar Examiners reach conclusions.

15. Rule 3:01, 3.6 requires that to be admitted as an attorney, each applicant shall have passed the Multistate Professional Responsibility Examination either before or after passing the written law examination.

(1) Have you taken and passed the MPRE?     ☑ YES. See A        ☐ NO. See B

A. **ATTACH A COPY OF EXAMINEE'S MPRE SCORE REPORT**
(ONLY IF SCALED SCORE OF 75 OR HIGHER)

B. If you take the MPRE in the future, forward a copy of examinee's score report immediately, to be attached for completion of your application showing scaled score of 75 or higher.

*CAVEAT:     <u>NO CHANGE</u> IN THE ABOVE SPECIAL ARRANGEMENT WILL BE PERMITTED AFTER FILING THIS APPLICATION IN THE SUPREME JUDICIAL COURT, CLERK'S OFFICE FOR SUFFOLK COUNTY (JANUARY 16, 1996)

SEATING ARRANGEMENTS ON FEBRUARY 28 & 29 WILL BE MADE ONLY IN ACCORDANCE WITH APPLICANT'S ANSWERS TO #4

## CERTIFICATE

I, the applicant, certify that each of the foregoing answers is true, complete, and candid.

Dated this . . . . fourteenth . . . . . . . . . . . day of . . . . January . . . . . . . . . . . , 19 96 . . .

. . . . . Samuel F. Pietropaolo . . . . . . . .
Applicant's Signature

CIVIL NO. **132092**

IN THE MATTER OF

Samuel F. PietRoPaolo
...................................................
(Type or print name)

APPLICATION FOR ADMISSION

as

AN ATTORNEY

APPLICANT'S STATEMENT
to the
BOARD OF BAR EXAMINERS



## LETTER OF RECOMMENDATION FOR SAMUEL F. PIETROPAOLO

41 Washington Street
Waltham, Massachusetts 01254

January 6, 1996

Members of the Massachusetts Board of Bar Examiners
77 Franklin Street
Boston, Massachusetts  02110

Dear Members of the Board of Bar Examiners:

I am writing this letter of recommendation on behalf of Samuel F.
Pietropaolo's application to sit for the February 1996 Bar Exam and for his
admission to the Massachusetts Bar.

I have known Sam for the last four years on both a professional and personal
level.  In the business environment, Sam is a conscientious, honest, and
hard-working professional.  Among his peers, his opinion and advice is often
sought to resolve problems or to manage difficult situations.  This type of
recognition is one of the highest forms of respect one can achieve.  He
supports the efforts of his colleagues and helps guide all who work with him
to perform at their highest levels.

On the personal side, Sam is a trusted friend.  Although his schedule is
complete with work, school, and family obligations, he always carves out
time for those who need him.  I cherish my relationship with him and offer
you my highest recommendation.  I believe Sam will be a tremendous asset
to the Massachusetts Bar and to the legal community in whole.

Respectively,

Suzanne Poirier
Suzanne  Poirier

January 10, 1996

Members of the Massachusetts Board of Bar Examiners
Supreme Judicial Court, Suffolk County
14th Floor, New Court House
Boston, Massachusetts 02108

Dear Members of the Board of Bar Examiners,

I have known Sam all my life. As his younger brother, I am in a unique position to offer this recommendation, since I have observed him for nearly thirty years. Overall, Sam is a kind, thoughtful, and responsible individual. He exemplifies these traits through the life he leads.

As the oldest sibling, Sam always has been thoughtful and caring. He has been a source of encouragement and support for all members of our family. As we both wind down our law school careers, Sam has proven to be an even more valuable resource for me. For the past three years, he has provided meaningful advice and has been an inspiration during our law school education.

His friends consider him dependable and trustworthy. Although his time is pressed by obligations of school, a large family, and his friends, Sam has managed to balance these demands, while still working towards achieving his personal goals. His care and concern for others has earned him the respect of his peers.

While law school has limited Sam's free time, he believes in giving back to the community. In high school he coached youth soccer. During college, Sam spent time in the summer working with special needs children. Even during law school, Sam volunteers his time serving as Treasurer for a local credit union.

I am proud of my brother's achievements. His successes both professionally and personally reflect his unselfish character. A character based on honesty, trustworthiness, and loyalty. Sam's continued exercise of these characteristics will make him a fine addition to the Massachusetts Bar.

Sincerely,

Vincent P. Pietropaolo
330 Lexington Street
Newton, Massachusetts  02166



# National Conference of Bar Examiners

MULTISTATE PROFESSIONAL RESPONSIBILITY EXAMINATION

## EXAMINEE'S REPORT OF SCORES

Please review carefully all information printed below. If any data are incorrect or incomplete, contact the board of bar examiners in the jurisdiction to which your scores were reported.

| RAW SCORE | SCALED SCORE | TEST DATE | SOCIAL SECURITY NUMBER* |
|-----------|-------------|-----------|-------------------------|
| 035 | 087 | 08/12/94 | |

*If you did not indicate a Social Security number on your answer sheet, an identification number was assigned to your record for processing purposes.

```
PIETROPAOLO, SAMUEL F
330 LEXINGTON ST
NEWTON, MA  02166
```

Your scores (shown above) were reported to the following jurisdiction as you requested in Block J of your answer sheet:

### MASSACHUSETTS

This jurisdiction requires a minimum passing **scaled** score of:

### 075

Each jurisdiction has the authority to determine its own passing score. If the jurisdiction you chose does not list a passing score, check with the board of bar examiners in that state to determine the passing score.

## EXPLANATION OF SCORES

Your **RAW SCORE** is the number of test questions that you answered correctly in the examination. The lowest possible raw score is 0; the highest is 50.

**SCALED SCORES** are standard scores that range from 50 (low) to 150 (high). The original mean (average) scaled score was established at 100. The conversion of raw scores to scaled scores involves a statistical process that adjusts for variations in difficulty of different forms of the examination so that any particular scaled score will represent the same level of knowledge from test to test. For instance, if this test were more difficult than previous forms, then your scaled score would be adjusted upward to account for this difference. If this test were easier than previous forms, then your scaled score would be adjusted downward to account for this difference. The purpose of these adjustments is to help ensure that no examinee is unfairly penalized (or rewarded) for taking a harder (or easier) form of the test.

## ADDITIONAL SCORE REPORT REQUESTS

If, after the examination, you decide that you would like to have your scores sent to one or more boards of bar examiners in addition to the jurisdiction you indicated on your answer sheet, you may do so by writing to the address below. Your request should include your name, address, Social Security number, date of birth, test date, your signature, and each board of bar examiners you wish to receive a copy of your scores. Enclose $15.00 for each board of bar examiners you request. Payment must be in the form of a cashier's check, certified check, or money order made payable to the National Conference of Bar Examiners. No cash, business checks, or personal checks will be accepted.

Duplicate score reports may also be requested by following this procedure.

## REQUESTS FOR RECHECKING OF ANSWER SHEETS

A request to have your answer sheet rechecked must be made within two months of the original test date. The request should include your name, Social Security number, date of birth, test date, and your signature, and should be sent to the address below.

Multistate Professional Responsibility Examination
Records Department
P.O. Box 451, Iowa City, Iowa 52243
Telephone: (319) 337-1304

# THE COMMONWEALTH OF MASSACHUSETTS.

Supreme Judicial Court.

Suffolk, ss.

In the matter of the application of... SAMUEL F. PIETROPAOLO ...............

Address.... 330 LEXINGTON STREET, NEWTON, MA 02166 ...............
for admission as an attorney.

———————

I certify that the above-named applicant was a member of the.....................

MASSACHUSETTS SCHOOL OF LAW .................................(Law School)

...................................................................

{ Day    X

{ Evening—

AUGUST, 1992                    JANUARY, 1996

from................................to................................

and that to the best of my belief the applicant was in regular attendance at this school during
that period.

The applicant has furnished evidence to this school of a college education as follows:

.....................................................................

A.B. COLBY COLLEGE ............................... (Undergraduate Degree)
.....................................................................

The applicant has been graduated from MASSACHUSETTS SCHOOL OF LAW Law School,

the THIRD.... day of JANUARY 19 96 , with the degree of (LLB or JD)........JD.................

I understand that you expect me to report to you by separate communication anything
which appears to me to be adverse in respect of the moral character or fitness to practice law
of the applicant or anything which in my opinion should be investigated by the Board with
respect thereto.

Date this... THIRD.................. day of... JANUARY ............... 19 96

DEAN .................(Title)

(signature)

MASSACHUSETTS SCHOOL OF LAW ...................... (Name of School)

# *Exhibit D*

Civil No.    132508    Suffolk

IN THE MATTER OF

..RONALD. PATRICK. PASSATEMPO
(Type or print name)



FOR ADMISSION TO THE BAR
OF THE COMMONWEALTH

Petition filed ..January. 15., 1996.

# THE COMMONWEALTH OF MASSACHUSETTS

Suffolk, SS.

Supreme Judicial Court
For Suffolk County

## PETITION FOR ADMISSION TO THE BAR OF THE COMMONWEALTH

I, _Ronald P. Passatempo_
<small>Type or print full name</small>
, hereby petition for admission to the bar of the Commonwealth. I represent that I am of good moral character and over the age of eighteen years, having been born on ___ **REDACTED** _1959_ . I request that I be examined for admission as an attorney and, if found qualified, be admitted as such.

Signed: _Ronald P. Passatempo_

Address: _4 Apache Trail_

_Medford Mass. 02155_
<small>City      State   Zip</small>

Date: _Jan 11, 1996_

## RECOMMENDATION OF A MEMBER OF THE BAR OF THE COMMONWEALTH OF MASSACHUSETTS OR OF ANY STATE, DISTRICT OR TERRITORY OF THE UNITED STATES.
<small>SJC Rule 3:01 subsection 1.2 (effective 10/2/95)</small>

I, _Joseph E. Devlin_
<small>Type or print full name</small>
, an attorney of the bar of the _MASSACHUSETTS_ , respectfully recommend that the foregoing petition be granted, and certify that the petitioner is of good moral character.

Attorney's Signature: _Joseph E. Devlin_

Business Address: _500 Federal Street_

_Andover, MA 01810_

Telephone Number: _(508) 681-0800_

Attorney's State Registration No.: _122543_

# THE COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                          SUPREME JUDICIAL COURT

In the matter of _RONALD P. PASSATEMPO_

Applicant for admission as an attorney at law.

(Applicants taking Massachusetts Examination for first time)

## APPLICANT'S STATEMENT TO BOARD OF BAR EXAMINERS

1. Please type (or print legibly):

    (a) Full Name exactly as you wish it to appear on your Certificate of Admission to the Bar:

    _RONALD_       _PATRICK_         _PASSATEMPO_
    First            Middle Name/Initial            Last

    (b) Address _4 APACHE TRAIL_

    City _MEDFORD_ State _MA._ Zip _02155_ Telephone No. (_617_) _391-5951_

    (c) Place of birth _REVERE        MASS_ Date of birth _REDACTED_
                       City        State

    (d) Have you ever been known by any other name or surname? No _✓_ Yes _____

    If yes, please state name: _N/A_

2. Have you applied before in Massachusetts for admission as an attorney?

    No _✓_       Yes _____       Date _____

3. Law School(s) Attended: _MASSACHUSETTS School of LAW  500 FEDERAL ST.    ANDOVER, MA  01810_
                                    Name                Address

    Dates of Attendance: From: _August 1992_ To: _JANUARY 1996_ Degree Awarded: _J. D_

4. Are you taking the Multistate Bar Examination in a different jurisdiction in connection with a second (concurrent) application? NO _✓_    YES _____

    If YES, print the name of that jurisdiction where you will sit for the MULTISTATE BAR EXAMINATION part.

    JURISDICTION _N/A_
    *(You MUST sit in the jurisdiction which you have indicated on this line)

*See CAVEAT

5. Parents:

Father _PETER J. PASSATEMPO_     _4 APACHE TRAIL Medford, MA 02155_
    First Name     Last Name     Address

Mother _CATHERINE PASSATEMPO_    _DiBlasi 4 APACHE TRAIL MEDFORD, MA 02155_
    First Name     Last (Maiden)     Address

6. List all colleges and universities attended and indicate information requested below:

(a) College or university other than law study:

_WESTERN NEW ENGLAND College_   _Springfield, MA._ From _JAN. 1987_ To _MAY 1991_
Name            Location

_University of Massachusetts_    _Boston, MA._   From _Sept. 1980_ To _MAY 1982_
Name            Location

_Salem STATE College_      _Salem, MA._   From _Sept. 1977_ To _MAY 1979_
Name            Location

Degree (if any) _M.B.A. ——————— WESTERN New England College_
           _B.S._       School _University of Massachusetts_

7. Have you ever been the subject of a disciplinary procedure or suspended or expelled from a college, university or law school? _NO_ . If so, state the facts fully.
         (yes or no)

_N/A_

8. List employment you have held since your 18th birthday or any business or profession engaged in on your own account. Attach additional 8½ x 11 white sheets if necessary.

(a) Month & Year of Beginning & Ending Period of Employment (most recent) *Nov. 1986 – April 1995*

Name & Address of Employer & Nature of Business *HONDA CARS OF BOSTON /*
DO NOT ABBREVIATE

*FOREIGN ENGINE Company   100 Broadway, Everett, MA 02149*

*RETAIL Automobile Dealership*

Position Held *BUSINESS MANAGER*

Reason for Leaving *STUDY FOR LAST YEAR OF LAW School and STUDY FOR BAR Exam*

(b) Month & Year of Beginning & Ending Period of Employment *Sept. 1983 – Nov. 1986*

Name & Address of Employer & Nature of Business *Belotti Oldsmobile / CLT LEASING*
DO NOT ABBREVIATE

*Company Broadway, Somerville, Mass and Route 287*

*WHITE PLAINS, New York   Retail Automobile Dealership and LEASING COMPANY of AUTOS*

Position Held *LEASE MANAGER*

Reason for Leaving *Dealership / LEASING COMPANY WAS SOLD*

(c) Month & Year of Beginning & Ending Period of Employment *April 1981 – January 1983*

Name & Address of Employer & Nature of Business *West MARSHALL JUNIOR High School*
DO NOT ABBREVIATE

*WATERTOWN, MASS.   TEACHING STUDENTS*

Position Held *SUBSTITUTE TEACHER*

Reason for Leaving *TO gain Full TIME employment*

9. List jurisdictions and courts other than Massachusetts in which you have applied or been admitted to practice law. Give dates of admission to practice.

| (a) Jurisdiction | (b) Courts | (c) Date of Application and/or Admission |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

10. (a) Have you ever been disbarred, suspended, reprimanded, censured, or otherwise disciplined or disqualified as an attorney, or as a member of any other profession, or as a holder of any public office? __N/A — NO__
(yes or no)

If so, state the dates, and the name and address of the authority in possession of the record thereof.

N/A

(b) Are any charges or complaints now pending concerning your conduct as an attorney, or as a member of any profession, or as a holder of any public office? __N/A — NO__
(yes or no)

If so, state the name and address of the authority in possession of the record thereof.

N/A

11. Have you been convicted anywhere within the last 7 years for conduct now deemed to be a felony in the jurisdiction where the judgment was rendered or within the last 5 years for conduct now deemed to be a misdemeanor in the jurisdiction where the judgment was rendered? If so answer this question "yes" and attach a separate document or documents in a sealed envelope giving a full explanation. _NO_
(yes or no)

The Board of Bar Examiners reserves the right to procure records or otherwise to verify your answer to Question 11, and, in appropriate cases to call upon you to provide such verification.

12. Have you ever been a party in any non-criminal legal proceeding not covered by Question 11 other than divorce or separate maintenance? If so, state the facts fully. _NO_
(yes or no)

13. (a)  Are there any unsatisfied judgments or court orders of continuing effect against you? _NO_
(yes or no)

(b)  If yes, state the facts fully, giving names and addresses of creditors, amounts, dates and the nature of debts, judgments or court orders, and the reason for nonpayment of unsatisfied judgments.

_N/A_

14. Please staple to opposite page, two letters addressed to the Board of Bar Examiners stating facts relative to your character by persons who know you. Please call to the attention of the writer that statements should not be conclusions but should contain facts tending to help the Board of Bar Examiners reach conclusions.

15. Rule 3:01, 3.6 requires that to be admitted as an attorney, each applicant shall have passed the Multistate Professional Responsibility Examination either before or after passing the written law examination.

    (1) Have you taken and passed the MPRE?    ☑ YES. See A    ☐ NO. See B

A. **ATTACH A COPY OF EXAMINEE'S MPRE SCORE REPORT**
(ONLY IF SCALED SCORE OF 75 OR HIGHER)

B. If you take the MPRE in the future, forward a copy of examinee's score report immediately, to be attached for completion of your application showing scaled score of 75 or higher.

\*CAVEAT:    <u>NO CHANGE</u> IN THE ABOVE SPECIAL ARRANGEMENT WILL BE PERMITTED AFTER FILING THIS APPLICATION IN THE SUPREME JUDICIAL COURT, CLERK'S OFFICE FOR SUFFOLK COUNTY (JANUARY 16, 1996)

           SEATING ARRANGEMENTS ON FEBRUARY 28 & 29 WILL BE MADE ONLY IN ACCORDANCE WITH APPLICANT'S ANSWERS TO #4

## CERTIFICATE

I, the applicant, certify that each of the foregoing answers is true, complete, and candid.

Dated this . . . . . . . . . . *15TH* . . . . . . . . . . . . . . day of . . *JANUARY* . . . . . . . . . . . , 19*96* . .

. . . . . . *Ronald P. Passatempo* . . . . . .
                     Applicant's Signature

CIVIL NO. **132508**

IN THE MATTER OF

*Ronald Patrick Passatempo*
<small>(Type or print name)</small>

APPLICATION FOR ADMISSION

as

AN ATTORNEY

APPLICANT'S STATEMENT

to the

BOARD OF BAR EXAMINERS

January 15, 1996

To the Board of Bar Examiners:

Subject:  Letter of Recommendation

It is with my adoration and confidence to recommend Ronald Passatempo to the Massachusetts Bar Association.  I have known Ronald Passatempo for thirty-five years and growing up with him I have learned that he is of extreme moral character.  Since his days of adolescence, he has continually offered his community services to children through coaching and umpiring little league sports.  He has also volunteered his services at the local parish on many occasions. Ronald's work ethic is exemplary and he always provides the highest quality work and dedication.  Ronald is an honest, conscientious person and will be a great representative of the Massachusetts Bar Association.

Sincerely,

Steven A. Passatempo
360 High Street
Medford, MA 02155

January 14, 1995

To The Board of Bar Examiners,

It is with great pleasure that I recommend Ronald Passatempo to become a member of the Massachusetts Bar Association. I have known Ronald both personally and professionally for the past three years. Ronald displays tremendous work ethics with both his employees and clients. He is always willing to consider both sides of the business transaction which is a rare quality in today's business environment.

In Ronald's personal life he continually motivates those around him to attain their goals and become successful. He is always willing to help those less fortunate to overcome their difficulties.

Again, Ronald would be a great asset to the Massachusetts Bar Association because of his dignity and high moral character.

Sincerely,

Ann Marie Damian
18 Fletcher Road
Lynnfield, MA 01940



# National Conference of Bar Examiners
MULTISTATE PROFESSIONAL RESPONSIBILITY EXAMINATION

## EXAMINEE'S REPORT OF SCORES

Please review carefully all information printed below. If any data are incorrect or incomplete, contact the board of bar examiners in the jurisdiction to which your scores were reported.

| RAW SCORE | SCALED SCORE | TEST DATE | SOCIAL SECURITY NUMBER* |
|-----------|--------------|-----------|--------------------------|
| 034 | 082 | 08/12/94 | |

*If you did not indicate a Social Security number on your answer sheet, an identification number was assigned to your record for processing purposes.

```
PASSATEMPO, RONALD P
4 APACHE TRAIL
MEDFORD, MA  02155
```

Your scores (shown above) were reported to the following jurisdiction as you requested in Block J of your answer sheet:

### MASSACHUSETTS

This jurisdiction requires a minimum passing **scaled** score of:

### 075

Each jurisdiction has the authority to determine its own passing score. If the jurisdiction you chose does not list a passing score, check with the board of bar examiners in that state to determine the passing score.

## EXPLANATION OF SCORES

Your **RAW SCORE** is the number of test questions that you answered correctly in the examination. The lowest possible raw score is 0; the highest is 50.

**SCALED SCORES** are standard scores that range from 50 (low) to 150 (high). The original mean (average) scaled score was established at 100. The conversion of raw scores to scaled scores involves a statistical process that adjusts for variations in difficulty of different forms of the examination so that any particular scaled score will represent the same level of knowledge from test to test. For instance, if this test were more difficult than previous forms, then your scaled score would be adjusted upward to account for this difference. If this test were easier than previous forms, then your scaled score would be adjusted downward to account for this difference. The purpose of these adjustments is to help ensure that no examinee is unfairly penalized (or rewarded) for taking a harder (or easier) form of the test.

## ADDITIONAL SCORE REPORT REQUESTS

If, after the examination, you decide that you would like to have your scores sent to one or more boards of bar examiners in addition to the jurisdiction you indicated on your answer sheet, you may do so by writing to the address below. Your request should include your name, address, Social Security number, date of birth, test date, your signature, and each board of bar examiners you wish to receive a copy of your scores. Enclose $15.00 for each board of bar examiners you request. Payment must be in the form of a cashier's check, certified check, or money order made payable to the National Conference of Bar Examiners. No cash, business checks, or personal checks will be accepted.

Duplicate score reports may also be requested by following this procedure.

## REQUESTS FOR RECHECKING OF ANSWER SHEETS

A request to have your answer sheet rechecked must be made within two months of the original test date. The request should include your name, Social Security number, date of birth, test date, and your signature, and should be sent to the address below.

Multistate Professional Responsibility Examination
Records Department
P.O. Box 451, Iowa City, Iowa 52243
Telephone (319) 337-1364

# THE COMMONWEALTH OF MASSACHUSETTS.

Suffolk, ss.                                                     Supreme Judicial Court.

In the matter of the application of....*Ronald Patrick Passatempo*

Address....*4 Apache Trail    Medford, Ma  02155*

for admission as an attorney.

---

I certify that the above-named applicant was a member of the......................

...MASSACHUSETTS SCHOOL OF LAW...................................(Law School)

{ Day     —

{ Evening-X

from....AUGUST, 1992.......................to......JANUARY, 1996...............

and that to the best of my belief the applicant was in regular attendance at this school during that period.

The applicant has furnished evidence to this school of a college education as follows:

M.B.A., WESTERN NEW ENGLAND COLLEGE
..............................................................................

B.S., UNIVERSITY OF MASSACHUSETTS AT BOSTON......... (Undergraduate Degree)

The applicant has been graduated from MASSACHUSETTS SCHOOL OF LAW Law School, the THIRD day of JANUARY 19 96 , with the degree of (LLB or JD).......JD................

I understand that you expect me to report to you by separate communication anything which appears to me to be adverse in respect of the moral character or fitness to practice law of the applicant or anything which in my opinion should be investigated by the Board with respect thereto.

Date this...THIRD.................day of...........JANUARY............1996

..............................................................(Title)
                                              DEAN
        (signature)
MASSACHUSETTS SCHOOL OF LAW
...............................................................(Name of School)

# *Exhibit E*



# View Individual At A Glance

**Division of Insurance**

Consolidated
Licensing And
Regulation Information System
claris

*Commonwealth of Massachusetts*

**LICENSING**

Home Licensing Demographics Help Producer

Search Individual

Search Business Entity

Search Company

| | |
|---|---|
| Name: | Samuel F Pietropaolo |
| SSN: | REDACTED -7727 |
| DOB: | 1964 |
| Status: | Cancelled - No Licenses |
| Original Approval Date : | 01/03/1996 |
| Continuing Education Hours: | |
| Notes : | Check Number:0123123 Check Amount:100.00 Jan 3 1996 12:00AM Lines of Authority: LA |
| Total Lines: | |

## ADDRESS

| | ADDRESS | PHONE | FAX | E-MAIL |
|---|---|---|---|---|
| Mailing | 330 Lexington Street Newton, Massachusetts 02166 | | | |

## ACTIVE LICENSES

| TYPE | STATUS | LIC # | ORIG APPROVAL | CANCEL | LINES |
|---|---|---|---|---|---|

No Records Exist

## BUSINESS ENTITY AFFILIATIONS: (Total Active = 0)

| BUSINESS ENTITY | FED ID | START | END | LINES |
|---|---|---|---|---|

No Records Exist

## EXEMPTIONS

| EXEMPTION | START DATE |
|---|---|

No Records Exist

## CANCELED LICENSES

| TYPE | COMPANY NAME | STATUS | LIC # | ORIG APPROVAL | CANCEL |
|---|---|---|---|---|---|
| Agent | John Hancock Life Insurance Company | Cancelled - Renewal | 1201400 | 01/03/1996 | 06/30/2001 |
| Agent | John Hancock Variable Life Insurance Company | Cancelled - Renewal | 1409594 | 01/03/1996 | 06/30/2001 |

## EXAMS

| EXAM | PASSED | DATE | END |
|---|---|---|---|
| Accident & Health | Y | 12/16/1995 | 06/30/2001 |
| Life | Y | 12/16/1995 | 06/30/2001 |

## MONETARY TRANSACTIONS

| LIC # | LICENSE | FEE DESCRIPTION | AMOUNT | DATE |
|---|---|---|---|---|
| 1201400 | Agent | Individual Agent - Life Accident & Health | $50.00 | 11/01/2000 |
| 1409594 | Agent | Individual Agent - Life Accident & Health | $50.00 | 11/01/2000 |

LOGOUT

Home Licensing Demographics Help Producer

# *Exhibit F*



## COMMONWEALTH OF MASSACHUSETTS
### Office of Consumer Affairs and Business Regulation
### DIVISION OF INSURANCE
One South Station • Boston, MA  02110-2208
(617) 521-7794 • FAX (617) 521-7475
Springfield Office (413) 785-5526
TTY/TDD (617) 521-7490
http://www.state.ma.us/doi

MITT ROMNEY
GOVERNOR

KERRY HEALEY
LIEUTENANT GOVERNOR

BETH LINDSTROM
DIRECTOR, CONSUMER AFFAIRS
AND BUSINESS REGULATION

JULIANNE M. BOWLER
COMMISSIONER OF INSURANCE

May 24, 2005

William P. Corbett, Jr.
The Corbett Law Firm
85 Exchange Street, Suite 326
Lynn, Massachusetts 01901-1429

Dear Mr. Corbett,

I am writing to confirm our phone conversation regarding your public record request concerning licensing documents relating to Samuel F. Pietropaolo. Again I apologize for the delay. As we discussed, licensing documents are held for a short period of time pursuant to the applicable record retention schedule. As Mr. Pietropaolo's license was cancelled in 2001, the Division of Insurance does not possess any documents responsive to your request. I have enclosed a copy of the data currently on file at the Division; this is the only information available.

Please feel free to contact me should you require additional information. In the future, kindly contact me directly should you not receive a response to a request in a timely manner.

Sincerely,

Mindy A. Merow Rubin
Counsel to the Commissioner

Cc: Supervisor of Public Records