UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
RONALD P. PASSATEMPO, Trustee of the Samuel )
Pietropaolo Irrevocable Trust, *et al.*, )
                                   )
        *Plaintiffs,*              )
                                   )   Case No. 05-CV-10118-GAO
        v.                         )
                                   )
FREDERICK V. MCMENIMEN III, *et al.*, )
                                   )
        *Defendants.*              )
_____)

## OPPOSITION OF DEFENDANT FREDERICK V. MCMENIMEN III TO PLAINTIFF'S REQUEST FOR LEAVE TO FILE A "REPLY"

Pursuant to Local Rule 7.1 and Rule 25(a)(1) of the Federal Rules of Civil Procedure, defendant Frederick V. McMenimen III ("Mr. McMenimen") hereby opposes the plaintiffs' motion to submit a so-called "reply" in further support of their "Motion to Substitute Executor of Plaintiff Samuel Pietropaolo's Estate as a Party" ("Motion") (DE #39). For the reasons set forth on pages 10 of Mr. McMenimen's opposition to the Motion (DE #38), it is clear that the plaintiffs seek to make an end-run around Local Rule 7.1(B)(1) and do not offer a *bona fide* "reply." The memorandum they tender is the "memorandum of reasons" that rule required them to submit with the underlying motion.

WHEREFORE, the plaintiffs' request should be denied.

>Respectfully submitted,
>
>FREDERICK V. MCMENIMEN, III
>
>By his attorney,
>
>*/s/ William P. Corbett, Jr.*
>_____
>William P. Corbett, Jr. (BBO #561201)
>THE CORBETT LAW FIRM
> *A Professional Corporation*
>85 Exchange Street, Suite 326
>Lynn, Massachusetts 01901-1429
>(781) 596-9300

Dated: July 26, 2005