UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD P. PASSATEMPO, et al.
      Plaintiff(s)

v.                                        CIVIL ACTION NO. 05-10118-GAO

FREDERICK V. McMENIMEN III, et al.
      Defendant(s)

### JUDGMENT IN A CIVIL CASE

_____O'TOOLE_____, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Court's Memorandum and Order dated August 3, 2005 and the Court's Electronic Order dated August 18, 2005, Counts VII and VIII of the first amended complaint are dismissed with prejudice and the action is remanded to the Massachusetts Superior Court.

                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated: August 18, 2005         By ____Gina Edge_____
                                   Deputy Clerk

(Final Judgment.wpd - 3/7/2005)