UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD P. PASSATEMPO
          Plaintiff(s)

v.    CIVIL ACTION NO. 05-10118-GAO

FREDERICK V. McMENIMEN III, ET AL
          Defendant(s)

**AMENDED JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Court's Memorandum and Order, dated October 20, 2005, Counts VII ( to the extent it does not allege violations of the Massachusetts Securities Act, Mass. Gen. Laws ch. 110A) and VIII of the first amended complaint are dismissed with prejudice and the action is remanded to the Massachusetts Superior Court.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 10/20/05    By Paul S. Lyness
                                         Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)